[No. 9790–1–III.   Division Three.   April 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN GALLEGOS DEROBLES, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 88–1–00176–7, Fred Van Sickle, J., entered January 3, 1989. *Affirmed* by unpublished opinion

per Thompson, J., concurred in by Green, A.C.J., and Shields, J.